IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-01889-WYD-KMT

MICHAEL FERREYROS,

   Plaintiff,

v.

PETROLEUM FIELD SERVICES, LLC,

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation to Dismiss With Prejudice (ECF No. 18), filed November 28, 2011.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulation to Dismiss With Prejudice (ECF No. 18) is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   November 28, 2011

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge